UST-31, 7-91

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| In re: | ) | Chapter 7 |
|---|---|---|
| | ) | |
| CRONE, TODD DAMON | ) | Case No. 09-31530TUC JMM |
| CRONE, JOY LYNN | ) | |
| | ) | PETITION TO PAY |
| | ) | DIVIDEND IN AMOUNT LESS THAN |
| Debtor(s) | ) | $5.00 TO THE CLERK OF THE |
| | ) | U.S. BANKRUPTCY COURT |

Gayle E. Mills, Trustee, reports that the following dividend(s) in amounts less than $5.00 were declared, and that pursuant to Bankruptcy Rule 3010 requests that such dividend(s) not be distributed to creditors, but shall be treated in the same manner as unclaimed funds as provided in §347 of the Code.

| CLAIM NO. | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|
| 1 and 2 | Asset Acceptance LLC<br>PO Box 2036<br>Warren, MI 48090 | $ 1.87 and<br>1.81 |
| 3 | Capital One Bank USA<br>by American Infosource Lp As Agent<br>PO Box 248839<br>Oklahoma City, OK 73124-8839 | 3.05 |
| 12 | LVNV Funding LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | .21 |
| 13 | Rural Metro Corp.<br>Capio Partners LLC<br>PO Box 127<br>Sherman, TX 75091 | 2.80 |
| 14 (unsecured) | Internal Revenue Service<br>Centralized Insolvency Unit<br>P.O. Box 21126<br>Philadelphia, PA 19114-0326 | .75 |
| | TOTAL = | $ 10.49 |

| May 10, 2011 | /s/ Gayle E. Mills |
|---|---|
| Date | Gayle E. Mills, Trustee |

Upon application of the Trustee and good cause appearing,

IT IS ORDERED that the Trustee pay over the amount of $10.49 to the Clerk of the Court pursuant to Bankruptcy Rule 3010, and §347 of the Code.

May 10, 2011
Date

UNITED STATES BANKRUPTCY JUDGE